# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4903** |

March 8, 2011

| | |
|---|---|
| Charles D. Cole, Jr., Esq.<br>Newman, Myers, Kreines, Gross & Harris<br>14 Wall Street, 22nd Floor<br>New York, NY 10005-2101 | William H. Mergner, Jr., Esq.<br>Leary, Bride, Tinker & Moran<br>7 Ridgedale Avenue<br>Cedar Knolls, NJ 07927 |
| Richard S. Mills, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962-2075 | Aaron Brouk, Esq.<br>Lester, Schwab, Katz & Dwyer, LLP<br>24 Lackawanna Plaza<br>Millburn, NJ 07041 |

## **LETTER ORDER**

Re:   **Bovis Lend Lease LMB, Inc. v. Virginia Surety Company, Inc., et al.**
       **Civil Action No. 10-4498 (SDW)**

Dear Counsel:

A settlement conference is scheduled for **Wednesday, April 13, 2011 at 10:00 a.m.** One week prior to the conference, each party is to deliver to the court an ex parte letter, not to exceed 5 pages, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement. Trial counsel are to be present at the conference. Clients will full settlement authority shall be present at the conference. Mr. Daniel Foley, counsel for Lexington Insurance Co., is invited to attend the conference.

**SO ORDERED.**

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc:   Clerk
       Hon. Susan D. Wigenton, U.S.D.J.
       Mr. Daniel Foley
       File

Daniel Foley, Claims Handler
Lexington Insurance Company
100 Summer Street
Boston, MA 02110